GEORGE MARKS and others, *Respondents*, *v.* HUDSON RIVER BRIDGE COMPANY AT ALBANY, *Appellant.* — Judgment and order affirmed, with costs.   Opinion by BOCKES, J.

GEORGE JACKSON and EDWARD WIGHT, *Plaintiffs*, *v.* HORACE D. TUPPER and others, *Defendants.* — Judgment for plaintiff on verdict.   Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

FANNY HARTY and others, *Appellants*, *v.* CARLETON S. WATTLES and HULDA A. LYON, *Respondents.* — Decree affirmed, with costs against appellants.   Opinion by BOCKES, J.

JESSE ROBINSON, *Respondent*, *v.* WILLIAM ROBINSON, *Appellant.* — Judgment affirmed, with costs.   Opinions by BOCKES, J., and by LEARNED, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN S. BURHANS and others, *Supervisors, etc.*, and the CITY OF KINGSTON, *Appellants*, *v.* THE BOARD OF SUPERVISORS OF ULSTER COUNTY, *Respondent.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* LOUIS BEVIER. *Supervisor, etc.*, and the TOWN OF MARBLETOWN, *Appellants*, *v.* SAME, *Respondent.* — Motion to quash *certiorari* denied, with ten dollars costs in each case.   Opinion by BOCKES, J.

DANIEL H. ZIMMER, *Respondent*, *v.* DAVID SETTLE and others, *Appellants.* — Order denying new trial reversed and new trial granted, costs to abide event.   Opinion by LEARNED, P. J.

MARY PERRY, *Respondent*, *v.* THE ROME, WATERTOWN AND OGDENS- BURG RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed, with costs.   Opinion by BOARDMAN, J., and by BOCKES, J., dissenting.

GEORGE C. PRESTON, *Respondent*, *v.* SAMUEL R. HAWLEY, *Appel- lant.* — Judgment affirmed, with costs.   Opinion by BOCKES, J.

MARGARET MALLOCK, *Respondent*, *v.* JANE ROBINSON, *Appellant.* — Judgment affirmed, with costs.   Opinion by LEARNED, P. J.

JAMES M. SNYDER, *Respondent*, *v.* LEWIS RHODES, *Appellant.* — Judgment and order reversed, new trial granted, costs to abide event.   Opinion by BOCKES, J.

RANSOM J. HORTON, *Respondent*, *v.* GEORGE H. DORR, and another, *Appellants.* — Judgment and order reversed; new trial granted, costs to abide event.   Opinion by LEARNED, P. J.